# Third District Court of Appeal
## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-600
Lower Tribunal No. F18-23173A
_____

**Vivian Siumey Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.


Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed.